## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AUNJA DIGANN, )
)
          Plaintiff, )
)
    v. )     Case No. 1:25-cv-8411
)
METROPOLITAN LIFE )     Honorable Jorge Alonso
INSURANCE COMPANY )
)
          Defendant. )

### PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiff, AUNJA DIGANN ("Plaintiff"), by her attorneys, Mark D. DeBofsky and Matthew T. Maloney, and hereby moves for the entry of judgment in her favor and against the defendant, METROPOLITAN LIFE INSURANCE COMPANY ("Defendant"), pursuant to Fed R. Civ. P. 52, on the ground that the preponderance of the evidence favors the entry of judgment in Plaintiff's favor in this case for long-term disability benefits under § 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(a)(1)(B)). In support thereof, Plaintiff concurrently files a separate Statement of Facts and Memorandum of Law.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant, order Defendant to pay her for all wrongfully denied long-term disability benefits, plus pre-judgment interest, in an amount equal to the contractual amount of benefits to which she is entitled from June 10, 2024 to present, and award her attorneys' fees and costs pursuant to ERISA § 502(g) (29 U.S.C. § 1132(g)).

2

Dated: June 26, 2026

Respectfully Submitted,

*/s/ Matthew T. Maloney*
Attorney for Plaintiff

Matthew T. Maloney
Mark D. DeBofsky
DeBofsky Law, Ltd.
2 N. Riverside Plaza, Suite 1420
Chicago, IL 60606
(312) 561-4040 (phone)
(312) 600-4426 (fax)
mmaloney@debofsky.com
mdebofsky@debofsky.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of records.

/s/ Matthew T. Maloney
Attorney for Plaintiff

3