### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AUNJA DIGANN | ) | |
| | ) | **Case No. 1:25-cv-08411** |
| *Plaintiff* | ) | |
| | ) | **Judge Jorge L. Alonso** |
| *v.* | ) | |
| | ) | **Magistrate Judge Young B. Kim** |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| *Defendant* | ) | |

### METROPOLITAN LIFE INSURANCE COMPANY'S
### MOTION FOR JUDGMENT

Defendant, Metropolitan Life Insurance Company ("MetLife"), by its attorney, Jacqueline J. Herring of Hinshaw & Culbertson LLP, submits its Motion for Judgment on the Administrative Record, pursuant to Fed. R. Civ. P. 52, and the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq*. ("ERISA"):

Plaintiff seeks payment of long term disability benefits under an employee welfare benefit plan ("Plan") governed by ERISA and funded by a group insurance policy issued by MetLife. Plaintiff failed to satisfy her burden of proving entitlement to payment of additional disability benefits under the Plan. Accordingly, judgment should be entered in favor of MetLife, and MetLife should be awarded its costs and reasonable attorneys' fees under 29 U.S.C. §1132(g) and the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Metropolitan Life Insurance Company respectfully requests entry of judgment in its favor and against Plaintiff on all claims in Plaintiff's Complaint, dismissal of Plaintiff's Complaint with prejudice, and an award to MetLife of its costs and reasonable attorneys' fees pursuant to the Federal Rules of Civil Procedure and 29 U.S.C. §1132(g).

Respectfully submitted,

Jacqueline J. Herring (IL-6282246)  By: */s/ Jacqueline J. Herring*
HINSHAW & CULBERTSON LLP  Attorney for Defendant,
151 North Franklin St., Suite 2500  Metropolitan Life Insurance Company
Chicago, Illinois 60606
P  312.704.3975  | F  312.704.3001
JHerring@hinshawlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Matthew T. Maloney
Mark D. DeBofsky
DeBofsky Law, Ltd.
2 North Riverside Plaza, Suite 1420
Chicago, Illinois 60606
mmaloney@debofsky.com
mdebofsky@debofsky.com

*/s/ Jacqueline J. Herring*
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
P  312.704.3975  | F  312.704.3001
JHerring@hinshawlaw.com
Ill. Bar No. 6282246

3